**DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF**

**REQUEST TO MAKE TAX PAYMENT**

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Cardinal Distribution Fund in the Order to Appoint a Tax Administrator Case No. 07-cv-6709-DAB filed on August 20, 2007.

3. As Tax Administrator, Damasco has determined that the SEC v Cardinal Distribution Fund owes $72,723 in tax liability for the tax year 2007. This tax payment is due March 17, 2008.

4. A check in the amount of $72,723 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019. For timely payment, the check should be received in our office on or before March 7, 2008.

5. The check will be deposited into a trust account from which the tax payment will be made. Therefore, the Employer Identification Number that should be written on the check is 26-0751363 because it is for tax payment on behalf of the SEC v Cardinal Distribution Fund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed February 19, 2008 in Half Moon Bay, California.

*[signature]*

Jude P. Damasco