*Please Return to Cashiers Non-Interest Bearing Account*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 19 March 8
```

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

                Plaintiff,

v.

CARDINAL HEALTH, INC.,

                Defendant.

07-CV-6709-DAB
ECF CASE

## ORDER DIRECTING CLERK TO DISBURSE FUNDS TO PAY FEDERAL TAX OBLIGATIONS (YEAR END 2007)

The Court, having reviewed the Motion for Order Directing Clerk to Disburse Funds to Pay Federal Tax Obligations (Year End 2007) filed by plaintiff Securities and Exchange Commission ("SEC"), and the supporting Declaration of Jude P. Damasco ("Damasco Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the CRIS account under the docket number, 07-CV-6709, and case name designation, SEC v. Cardinal Health, Inc., in the amount of $72,723 payable to "Damasco & Associates, Trust Account," for the payment of 2007 year end federal income tax obligations of the Distribution Fund, as set forth in the Damasco Declaration. The check shall contain the notation "SEC v. Cardinal Health, Inc., No. 07-CV-6709, Employer Identification Number 26-0751363, 2007 taxes."

2. The Clerk shall send the check by overnight delivery via federal express or other overnight service to the Tax Administrator at the following address:

2

Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 650-726-4100

3. The SEC's counsel shall provide the Clerk with all information necessary to facilitate the expeditious shipping and delivery of the check to the Tax Administrator, which may include the SEC's overnight delivery service account number.

*Deborah A. Batts*
DEBORAH A. BATTS
United States District Judge

Dated: New York, New York
       March 7, 2008

2