UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, : : : | |
| Plaintiff, : | |
| v. : : | 07-CV-6709 (DAB) ECF CASE |
| CARDINAL HEALTH, INC., : : | |
| Defendant. : | |

**DECLARATION OF JUDE P. DAMASCO
IN SUPPORT OF SEC'S MOTION FOR ORDER DIRECTING CLERK
TO DISBURSE FUNDS TO PAY FEDERAL TAX OBLIGATIONS
(FIRST QUARTER 2008)**

# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF
# REQUEST TO MAKE TAX PAYMENT

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Cardinal Distribution Fund in the Order to Appoint Tax Administrator, Case No. 07-CV-6709 DAB filed on August 20, 2007.

3. As Tax Administrator, Damasco has determined that the SEC v Cardinal Distribution Fund owes $83,000 in estimated tax liability for the first quarter of 2008. This tax payment is due April 15, 2008.

4. A check in the amount of $83,000 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019. For timely payment, the check should be received in our office on or before April 7, 2008.

5. The check will be deposited into a trust account from which the tax payment will be made. Therefore, the Employer Identification Number that should be written on the check is 26-0751363 because it is for tax payment on behalf of the SEC v Cardinal Distribution Fund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2008 in Half Moon Bay, California.

_/s/ Jude P. Damasco_
Jude P. Damasco