UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES SECURITIES<br>AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>     v.<br><br>CARDINAL HEALTH, INC.,<br><br>     Defendant. | No. 07-CV-6709 DAB<br>ECF CASE |

**<u>DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF UNOPPOSED MOTION FOR ORDER DIRECTING DISBURSEMENT TO DEFENDANT CARDINAL HEALTH, INC. TO RETURN OVERPAYMENT OF ITS MONETARY OBLIGATIONS UNDER THE FINAL JUDGMENT</u>**

# DECLARATION OF JUDE P. DAMASCO

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1.  I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2.  Damasco was appointed as Tax Administrator for the SEC v Cardinal Distribution Fund in the Order to Appoint a Tax Administrator, Case No. 07-CV-6709 DAB filed on August 20, 2007.

3.  As Tax Administrator, Damasco was informed that Cardinal Health had paid into the Distribution Fund $198,108.31 in excess of the amount it was ordered to pay in the Final Judgment. Accordingly, Damasco was asked to calculate the interest earned on the overpayment, less the tax liabilities and Tax Administrator fees, from the date of deposit through April 30, 2008.

4.  As Tax Administrator, Damasco has determined that this requested amount is $2,562.50. Therefore, the amount of the overpayment and net interest on that amount from the date of deposit through April 30, 2008 is $200,670.81.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 6, 2008 in Half Moon Bay, California.

*[signature]*

Jude P. Damasco