UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 07-CV-6709 DAB |
| v. | ) ) | ECF CASE |
| CARDINAL HEALTH, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO RETURN OVERPAYMENT OF MONETARY OBLIGATIONS IMPOSED BY THE FINAL JUDGMENT**

Plaintiff United States Securities and Exchange Commission states that it does not oppose the motion of Defendant Cardinal Health, Inc. ("Cardinal") which seeks an Order directing the Clerk to disburse funds from the CRIS account in this case to return the overpayment of Cardinal's monetary obligations under the terms of the Final Judgment by the sum of $198,108.31, together with the interest that has accrued on this overpayment (less tax liabilities and administrative fees) in the amount of $2,562.50.  *See* Docket Nos. 21 – 23.

Dated:  June 17, 2008.

                                                  Respectfully submitted,

                                                S/_____
                                                Arthur S. Lowry (AL 9541)
                                                Attorney for Plaintiff
                                                U.S. Securities and Exchange Commission
                                                100 F Street, N.E.
                                                Washington, DC 20549-4030
                                                Telephone:  (202) 551-4918
                                                Fax: (202) 772-9245
                                                E-mail: lowrya@sec.gov