*[Handwritten note at top: Please Return to Cashiers - Anti-Art. Bearing Account -]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ____ DATE FILED: Jun 24 2008]*

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

CARDINAL HEALTH, INC.,

        Defendant.

No. 07-CV-6709 DAB
ECF CASE

## ORDER DIRECTING DISBURSEMENT OF FUNDS TO DEFENDANT CARDINAL HEALTH, INC. TO RETURN CARDINAL'S OVERPAYMENT OF ITS MONETARY OBLIGATIONS UNDER THE FINAL JUDGMENT

The Court, having reviewed the unopposed motion of defendant Cardinal Health, Inc. ("Cardinal") to disburse funds to Cardinal to return its overpayment of its monetary obligations under the terms of the Final Judgment in this case, and the supporting Declarations of Wayne M. Carlin and Jude P. Damasco, and for good cause shown,

**IT IS HEREBY ORDERED:**

1.     The Clerk of the Court is hereby directed to disburse $200,670.81 from the funds deposited in the CRIS account in this case to Cardinal, which disbursement represents the return of Cardinal's overpayment by $198,108.31 of its monetary obligations under the terms of the Final Judgment, together with $2,562.50 in interest that has accrued on Cardinal's overpayment, net of taxes;

2.     The Clerk shall make the check payable to Cardinal Health, Inc., and shall make the notation on the check that it is for the "Return of Overpayment" and Cardinal's tax

identification number "31-0958666", and shall send the check via Fedex or other overnight delivery to the attention of:

> Ivan Fong
> Chief Legal Officer
> Cardinal Health, Inc.
> 7000 Cardinal Place
> Dublin, Ohio 43017

and

    3.    Counsel for defendant Cardinal shall provide the Clerk with any additional information or assistance as needed to comply with this Order.

Dated: June 24, 2008

*Deborah A. Batts*
UNITED STATES DISTRICT JUDGE